IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| ANTHONY L. EVANS,<br><br>                Plaintiff,<br><br>v.<br><br>DEPUTY BEASLY et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:18-CV-768-CW<br><br>District Judge Clark Waddoups |
|---|---|

In an Order dated January 25, 2019, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $0.05 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. To date, Plaintiff has done neither.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

DATED this 3rd day of April, 2019.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court